UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

**BRENTON ULLMAN, JARED CANNON,
and, ERIC URQUIDI,**

       **Plaintiffs,**

  vs.

**DENCO, INC., CYNTHIA A. JONASSON,
and, DENNIS E. JONASSON,**

       **Defendants.**

**CASE: 2:14-CV-00843-SMV-GBW**

### ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASES FOR PRETRIAL PURPOSES AND STAY PROCEEDINGS

This matter comes before the Court on Defendants' unopposed motion to consolidate pending litigation with this matter as lead case and to stay proceeding pending resolution of Plaintiffs' motion to disqualify HOLT MYNATT MARTÍNEZ P.C. [Doc. 32]. The Court has considered the parties' submissions and agrees consolidation and a stay of proceedings are appropriate.

Accordingly, it is **ORDERED** that Defendants' motion to stay and consolidate [Doc. 35] is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 42, 2:15-CV-00034-WPL-GBW, 2:15-CV-00066-GBW-LAM, 2:15-CV-00068-GBW-LAM, 2:15-CV-00081-CG-WPL, 2:15-CV-00090-WPL-CG, 2:15-CV-00097-SMV-WPL, 2:15-CV-00104-SMV-CG, 2:15-CV-00127-LAM-GBW, 2:15-CV-00157-LAM-SMV, 2:15-CV-00158-WPL-SMV, 2:15-CV-00163-CG-LAM are **CONSOLIDATED for pretrial purposes** with this action as lead.

It is **FURTHER ORDERED** that all pending litigation is **STAYED** until the Court resolves Plaintiffs' motion to disqualify [Doc. 32].

_____
HON. STEPHAN M. VIDMAR,
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

HOLT MYNATT MARTÍNEZ P.C.


_____
DAMIAN L. MARTÍNEZ
CASEY B. FITCH
EDWARD HERNANDEZ
P.O. Box 2699
Las Cruces, NM  88004-2699
(575) 524-8812
*Attorneys for Denco, Inc., Cynthia A. Jonasson, and Dennis E. Jonasson*


Approved,

THE FURTH LAW FIRM, P.A.


_____
BEN FURTH, Esq.
780 South Walnut, # 5
Las Cruces, NM  88001
(575) 522-3996
*Attorney for All Plaintiffs*